UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLENE-JANNISE CHAPLIN,

                        Plaintiff,

          -against-

FREEDOM MORTGAGE CORPORATION,
ET AL.,

                        Defendants.

24cv1829 (LTS)

CIVIL JUDGMENT

For the reasons stated in the May 10, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    May 10, 2024
          New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge